RICHARD D. McCUNE, ESQ., State Bar No. 132124
rdm@mccunewright.com
KRISTY M. AREVALO, ESQ., State Bar No. 216308
kma@mccunewright.com
JAE (EDDIE) K. KIM, ESQ., State Bar No. 236805
jkk@mccunewright.com
McCuneWright LLP
2068 Orange Tree Lane, Suite 216
Redlands, California  92374
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Attorneys for Plaintiffs and all others similarly situated,

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| VICTOR ESPINOSA and RHONDA CLOSSON, as individuals, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., and DOES 1 through 125, <br><br> Defendants. | Case No.:  CV-10-3463 BZ <br><br> Complaint Filed:  August 6, 2010 <br><br> DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE <br> AND <br> REQUEST FOR REASSIGNMENT TO A UNITED STATES JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 31, 2010.                                      McCuneWright LLP


BY:   */s/Richard D. McCune*
         Richard D. McCune
         Attorneys for Plaintiffs

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE