UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Victor Espinosa, et al.,

       Plaintiff(s),

v.

JPMorgan Chase Bank, N.A., et al.,

       Defendant(s).
_____/

No. C10-3463 BZ

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**[X]** (1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for **January 24, 2011 at 4:00 p.m.** on Magistrate Judge Zimmerman's calendar will **NOT** be held.

Dated: September 1, 2010

Richard W. Wieking, Clerk
United States District Court

_____
By: Ada Yiu, Deputy Clerk

cc: Intake

reassig1.DCT

1