RICHARD D. MCCUNE, ESQ., State Bar No. 132124
rdm@mccunewright.com
KRISTY M. AREVALO, ESQ., State Bar No. 216308
kma@mccunewright.com
JAE (EDDIE) K. KIM, ESQ., State Bar No. 236805
jkk@mccunewright.com
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ESPINOSA and RHONDA CLOSSON, as individuals, and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>JPMORGAN CHASE BANK, N.A., and DOES 1 through 125,<br><br>   Defendants. | Case No.: C 10-03463 JSW<br><br>Judge Assigned: Hon. Jeffrey S. White<br>Complaint Filed: August 6, 2010<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiffs VICTOR ESPINOSA and RHONDA CLOSSON voluntarily dismiss the above-captioned action without prejudice. No defendant has been served in this matter, and therefore there has been no responsive pleading filed in this action. Furthermore, this putative class action has not been certified, nor has any notice ever been sent to any putative class members, and therefore, this voluntary dismissal does not fall under Fed. R. Civ. Pro. 23(e). There is no settlement or any exchange of consideration in this case.

DATED: November 22, 2010.                    MCCUNEWRIGHT LLP


                                             BY:   */s/ Richard D. McCune*
                                                   Richard D. McCune
                                                   Attorney for Plaintiffs